# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JESSE G. BERRELES & IRENE M. BERRELES  Case Number: 07-71578
1422 S. STATE STREET
BELVIDERE, IL  61008

SSN-xxx-xx-8464 & xxx-xx-0337

Case filed on: 7/3/2007
Plan Confirmed on: 10/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,800.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,500.00 | 3,500.00 | 1,039.28 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,039.28 | 0.00 |
| 006 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILLINOIS DEPARTMENT OF REVENUE | 475.97 | 475.97 | 0.00 | 0.00 |
|  | Total Priority | 475.97 | 475.97 | 0.00 | 0.00 |
| 999 | JESSE G. BERRELES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL AUTO LTD | 4,928.64 | 4,928.64 | 203.22 | 404.33 |
| 002 | HSBC AUTO FINANCE | 4,683.85 | 0.00 | 0.00 | 0.00 |
| 003 | TRIAD FINANCIAL CORP | 8,500.09 | 8,500.09 | 257.17 | 699.93 |
| 004 | AMERICIAS SERVICING COMPANY | 17,728.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 35,840.58 | 13,428.73 | 460.39 | 1,104.26 |
| 001 | CITIFINANCIAL AUTO LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | TRIAD FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN GENERAL FINANCIAL SERVICES | 4,437.60 | 4,437.60 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 281.58 | 281.58 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 761.22 | 761.22 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 473.92 | 473.92 | 0.00 | 0.00 |
| 010 | ROUNDUP FUNDING LLC | 1,342.56 | 1,342.56 | 0.00 | 0.00 |
| 011 | ROUNDUP FUNDING LLC | 2,943.03 | 2,943.03 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 471.46 | 471.46 | 0.00 | 0.00 |
| 013 | ILLINOIS DEPARTMENT OF REVENUE | 77.10 | 77.10 | 0.00 | 0.00 |
| 014 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SYSTEMS INC | 340.24 | 340.24 | 0.00 | 0.00 |
| 016 | STATE OF ILLINOIS DEPT OF EMPLOYMENT | 3,659.00 | 3,659.00 | 0.00 | 0.00 |
| 017 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NCO FINANCIAL SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,787.71 | 14,787.71 | 0.00 | 0.00 |
|  | Grand Total: | 54,604.26 | 32,192.41 | 1,499.67 | 1,104.26 |

Total Paid Claimant:     $2,603.93
Trustee Allowance:       $196.07
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008          By  /s/Heather M. Fagan